UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

K.P., individually and on behalf
of M.P., a minor,

                    Plaintiff,

vs.                                      Case No. 2:05-cv-596-FTM-29SPC

COLLIER COUNTY SCHOOL BOARD,

                    Defendant.
_____

## ORDER

     This matter is before the Court on consideration of the
Magistrate Judge's Report and Recommendation (Doc. #27), issued on
January 30, 2007, recommending that the Final Order of the state
Administrative Law Judge be upheld and judgment be entered in favor
of defendant Collier County School Board and against plaintiff K.P.
on behalf of M.P., a minor.  No objections have been filed, and the
time to do so has expired.

     After conducting a careful and complete review of the findings
and recommendations, a district judge may accept, reject or modify
the magistrate judge's report and recommendation.  28 U.S.C. §
636(b)(1);  Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),
cert. denied, 459 U.S. 1112 (1983).  In a case such as this, the
district court essentially applies the same standards as did the
magistrate judge. After conducting a careful and complete review of
the findings, conclusions and recommendations, the Court accepts the

factual findings, conclusions and recommendations of the magistrate
judge.

Accordingly, it is now

**ORDERED**:

The Report and Recommendation (Doc. #27) is **adopted** and the
Final Order of the state Administrative Law Judge is **upheld**.  The
Clerk of the Court shall enter judgment in favor of defendant
Collier County School Board and against plaintiff K.P. on behalf of
M.P., a minor, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this ___29th___ day of
March, 2007.


_____
JOHN E. STEELE
United States District Judge


Copies:
Hon. Sheri Polster Chappell
Counsel of Record
K.P.